Form 332 332.jsp

# UNITED STATES BANKRUPTCY COURT
District of Rhode Island

Chapter: 7   Case No.: 1:25−bk−10359
Judge: Diane Finkle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edward R Brown
622 Main Avenue
Warwick, RI 02886

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF BLANKET BOND

1. The following interim Trustee is hereby appointed, and the Trustee's standing bond is fixed under the general blanket bond heretofore approved.

Stacy B. Ferrara
Nolan, Brunero, Cronin & Ferrara, Ltd.
1070 Main Street
Coventry, RI 02816

2. If the Trustee rejects this selection, the Trustee must notify the Court and the U.S. Trustee within five (5) days of receipt of this notice. Otherwise, the Trustee will be deemed to have accepted the office of trustee.

Dated: 5/1/25

United States Trustee

REJECTION

I, Stacy B. Ferrara , hereby REJECT appointment as Trustee.
Dated: _____

_____
Stacy B. Ferrara

NOTE: If rejected, file with the Court.